1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                                FRESNO DIVISION

11

12   STEVEN RAY BAXTER,                      1:13-cv-00001-DLB (PC)

13            Plaintiff,                     ORDER GRANTING APPLICATION TO
                                             PROCEED IN FORMA PAUPERIS
14   v.                                      (#2)
                                                        and
15   K E R N    C O U N T Y    S H E R I F F ' S
     DEPARTMENT,                             ORDER DIRECTING PAYMENT
                                             OF INMATE FILING FEE BY KERN
16                                           COUNTY JAIL
            Defendant.
17
     _____/
18
              Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave
19
     to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required
20
     by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.  Plaintiff is
21
     obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff
22
     is obligated to make monthly payments in the amount of twenty percent of the preceding month's
23
     income credited to plaintiff's trust account.  Kern County Jail is required to send to the Clerk of the
24
     Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until
25
     the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).
26
              In accordance with the above and good cause appearing therefore, IT IS HEREBY
27
     ORDERED that:
28

                                               -1-

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

**2. Kern County Jail shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00,  in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on Kern County Jail, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S.  District Court, Eastern District of California, Fresno Division.

5. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complain, if plaintiff has not already done so.

IT IS SO ORDERED.

**Dated:   January 4, 2013**               _____ **/s/ Dennis L. Beck** _____
                                            UNITED STATES MAGISTRATE JUDGE